```
JOSEPH SCHLESINGER, Cal. Bar # 87692
Acting Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 "I" Street, 3rd Floor
Sacramento, California 95814
Telephone:  (916) 498-5700

Attorneys for Respondent
JOSEPH TERRELL JOHNSON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH TERRELL JOHNSON,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>SOTO, Warden,<br><br>　　　　　Respondent. | No. 2:12-cv-2887 MCE DAD<br><br>**REQUEST FOR SUBSTITUTION OF COUNSEL; ORDER** |

Petitioner, JOSEPH TERRELL JOHNSON, hereby moves this Court for an order substituting Dennis Cusick, Attorney at Law, 3053 Freeport Blvd., Suite 124, Sacramento, CA, 95818, telephone (916) 743-7358; as counsel for the Petitioner in the above-entitled case. The Federal Defender's Office has determined that it is currently unable to continue its representation of Petitioner.  Mr. Cusick has agreed to represent the Petitioner.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Mr. Cusick is aware of any deadlines in this case.  The undersigned is authorized to sign this substitution motion on his behalf.

Dated:   January 24, 2013

                                       Respectfully submitted,

                                       JOSEPH SCHLESINGER
                                       Acting Federal Defender

                                       */s/ David M. Porter*
                                       DAVID M. PORTER
                                       Assistant Federal Defender

                                       Attorneys for Petitioner
                                       JOSEPH TERRELL JOHNSON

Dated:   January 24, 2013            */s/ Dennis Cusick*
                                       DENNIS CUSICK

**O R D E R**

Pursuant to this Motion for Substitution of Counsel and for the reasons stated therein, IT IS HEREBY ORDERED that Dennis Cusick, Attorney at Law, shall be substituted in as appointed counsel for Petitioner in place of the Office of the Federal Defender for the Eastern District of California.

DATED: January 29, 2013.

*[signature]*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:12
john12cv2887.sub

2