IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH TERRELL JOHNSON,

      Petitioner,               No. 2:12-cv-2887 MCE DAD P

   vs.

SOTO, Warden,

      Respondent.          <u>ORDER</u>

_____/

      Counsel for petitioner has filed a request to modify the briefing schedule and hearing date in this case. Counsel for respondent has no objection.

      Good cause appearing, IT IS HEREBY ORDERED that:

      1. Petitioner's request to modify the briefing schedule and hearing date in this case (Doc. No. 22) is granted;

      2. Petitioner shall file an opposition to respondent's motion to dismiss on or before May 17, 2013. Respondent shall file a reply, if any, on or before June 7, 2013; and

/////

/////

/////

/////

1

3. The hearing date in this case is continued from May 24, 2013, to June 14, 2013, at 10:00 a.m. in Courtroom 27.

DATED: May 10, 2013.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
john2887.111opp