IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSEPH TERRELL JOHNSON,** | Case No. 2:12-cv-02887-MCE-DAD |
| Petitioner, | **ORDER** |
| v. | |
| **SOTO, Warden,** | |
| Respondent. | |

Respondent has requested a third extension of time to file a response to petitioner's amended petition for writ of habeas corpus. Upon considering Respondent's request, and good cause appearing, IT IS HEREBY ORDERED that:

1. Respondent's motion for an extension of time (Doc. No. 37) is granted; and

2. Respondent shall have an additional thirty (30) days, to and including August 24, 2014, to file a response to petitioner's amended petition for writ of habeas corpus.

Dated: July 29, 2014

/john2887.111rp(3)

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE